IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:13-CV-00534-F

| | |
|---|---|
| CATHERINE FOLEY, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| REPUBLIC AIRLINE, INC., | ) |
| MIDWEST AIRLINES INC., | ) |
| MIDWEST EXPRESS AIRLINES INC., | ) |
| and FRONTIER AIRLINES, INC., | ) |
| | ) |
|     Defendants. | ) |

**DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER
ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION**

    Pursuant to Fed.R.Civ.P. 7.1 and Local Civil Rule 7.3, or Fed.R.Crim.P. 12.4 and Local Criminal Rule 12.3,

      Republic Airline Inc.      , who is       Defendant      ,
      (Name of Party)             (Plaintiff/moving party or defendant)

makes the following disclosure:

1.    Is party a publicly held corporation or other publicly held entity?

        ( ) Yes                      (**X**) No

2.    Does party have any parent corporations?

        (**X**) Yes                      ( ) No

If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

Republic Airways Holdings, Inc.

1

3.      Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

        ( **X** ) Yes                            ( ) No

If yes, identify all such owners:

Republic Airways Holdings, Inc.

4.      Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation (Local Civil Rule 7.3 or Local Criminal Rule 12.3)?

        ( ) Yes                              ( **X** ) No

If yes, identify entity and nature of interest:

5.      Is party a trade association?

        ( ) Yes                              ( **X** ) No

6.      If case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditors's committee: **N/A**

This the 26th day of July, 2013.

        /s/ Robert J. Morris
        Robert J. Morris
        N.C. State Bar No. 15981
        jmorris@smithlaw.com
        SMITH ANDERSON BLOUNT DORSETT
        MITCHELL & JERNIGAN, LLP
        2300 Wells Fargo Capitol Center
        150 Fayetteville Street
        Raleigh, North Carolina 27601
        Telephone: (919) 821-1220
        Facsimile: (919) 821-6800

        Attorneys for Republic Airline Inc. and Frontier Airlines, Inc.

OF COUNSEL:

Brian T. Maye
bmaye@amm-law.com
ADLER MURPHY & MCQUILLEN LLP
20 S. Clark Street
Suite 2500
Chicago, Illinois 60603
Telephone: (312) 345-0700
Facsimile: (312) 345-9860

## CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2013, the foregoing Disclosure of Corporate Affiliations and Other Entities with a Direct Financial Interest in Litigation was served upon all parties hereto by depositing a copy in the United States mail, first class postage prepaid, addressed to

Jeanne H. Washburn
3737 Glenwood Avenue
Suite 100
Raleigh, NC 27612

Gregory Seibert
117 Glenwood Avenue
Raleigh, North Carolina 27612

/s/ Robert J. Morris
Robert J. Morris
N.C. State Bar No. 15981
jmorris@smithlaw.com
SMITH ANDERSON BLOUNT DORSETT
MITCHELL & JERNIGAN, LLP
2300 Wells Fargo Capitol Center
150 Fayetteville Street
Raleigh, North Carolina 27601
Telephone: (919) 821-1220
Facsimile: (919) 821-6800