IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:13-CV-00534-F

CATHERINE FOLEY,                )
                                )
    Plaintiff,                  )
                                )
v.                              )
                                )
REPUBLIC AIRLINE, INC.,         )
MIDWEST AIRLINES INC.,          )
MIDWEST EXPRESS AIRLINES INC., )
and FRONTIER AIRLINES, INC.,    )
                                )
    Defendants.                 )

**DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER
ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION**

Pursuant to Fed.R.Civ.P. 7.1 and Local Civil Rule 7.3, or Fed.R.Crim.P. 12.4 and Local Criminal Rule 12.3,

      Frontier Airlines, Inc.    , who is       Defendant      ,
(Name of Party)                    (Plaintiff/moving party or defendant)

makes the following disclosure:

1.    Is party a publicly held corporation or other publicly held entity?

        ( ) Yes                         (**X**) No

2.    Does party have any parent corporations?

        (**X**) Yes                        ( ) No

If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

Republic Airways Holdings, Inc.

1

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

        ( **X** ) Yes        ( ) No

If yes, identify all such owners:

Republic Airways Holdings, Inc.

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation (Local Civil Rule 7.3 or Local Criminal Rule 12.3)?

        ( ) Yes        ( **X** ) No

If yes, identify entity and nature of interest:

5. Is party a trade association?

        ( ) Yes        ( **X** ) No

6. If case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditors's committee: **N/A**

This the 26th day of July, 2013.

    /s/ Robert J. Morris
    Robert J. Morris
    N.C. State Bar No. 15981
    jmorris@smithlaw.com
    SMITH ANDERSON BLOUNT DORSETT
    MITCHELL & JERNIGAN, LLP
    2300 Wells Fargo Capitol Center
    150 Fayetteville Street
    Raleigh, North Carolina 27601
    Telephone: (919) 821-1220
    Facsimile: (919) 821-6800

    Attorneys for Republic Airline Inc. and Frontier Airlines, Inc.

OF COUNSEL:

Brian T. Maye
bmaye@amm-law.com
ADLER MURPHY & MCQUILLEN LLP
20 S. Clark Street
Suite 2500
Chicago, Illinois 60603
Telephone: (312) 345-0700
Facsimile: (312) 345-9860

## CERTIFICATE OF SERVICE

      I hereby certify that on July 26, 2013, the foregoing Disclosure of Corporate Affiliations and Other Entities with a Direct Financial Interest in Litigation was served upon all parties hereto by depositing a copy in the United States mail, first class postage prepaid, addressed to

      Jeanne H. Washburn
      3737 Glenwood Avenue
      Suite 100
      Raleigh, NC 27612

      Gregory Seibert
      117 Glenwood Avenue
      Raleigh, North Carolina 27612

      /s/ Robert J. Morris
      Robert J. Morris
      N.C. State Bar No. 15981
      jmorris@smithlaw.com
      SMITH ANDERSON BLOUNT DORSETT
      MITCHELL & JERNIGAN, LLP
      2300 Wells Fargo Capitol Center
      150 Fayetteville Street
      Raleigh, North Carolina 27601
      Telephone: (919) 821-1220
      Facsimile: (919) 821-6800