IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:13-CV-00534-F

| | | |
|---|---|---|
| CATHERINE FOLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **NOTICE OF APPEARANCE** |
| | ) | **OF ROBERT J. MORRIS** |
| REPUBLIC AIRLINE, INC., | ) | |
| MIDWEST AIRLINES INC., | ) | |
| MIDWEST EXPRESS AIRLINES INC., | ) | |
| and FRONTIER AIRLINES, INC., | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to Local Civil Rule 5.2(a), Robert J. Morris, a partner in the Raleigh, North

Carolina law firm of Smith, Anderson, Blount, Dorsett, Mitchell & Jernigan LLP, hereby gives

notice of his appearance as counsel in this action for defendants Republic Airline, Inc. and

Frontier Airlines, Inc.  Mr. Morris is a member in good standing of the North Carolina State Bar

(N.C. State Bar No. 15981) and is admitted to practice before this Court.  Mr. Morris' complete

contact information is set forth immediately below.

This the 26th day of July, 2013.

/s/ Robert J. Morris
Robert J. Morris
N.C. State Bar No. 15981
jmorris@smithlaw.com
SMITH, ANDERSON, BLOUNT, DORSETT,
MITCHELL & JERNIGAN, LLP
2300 Wachovia Capitol Center
Post Office Box 2611
Raleigh, North Carolina 27602-2611
Telephone: (919) 821-1220
Facsimile: (919) 821-6800

Attorneys for Republic Airline Inc. and Frontier
Airlines, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on July 26, 2013, the foregoing Notice of Appearance of Robert J. Morris was served upon all parties hereto by depositing a copy in the United States mail, first class postage prepaid, addressed to

Jeanne H. Washburn
3737 Glenwood Avenue
Suite 100
Raleigh, NC 27612

Gregory Seibert
117 Glenwood Avenue
Raleigh, North Carolina 27612

/s/ Robert J. Morris
Robert J. Morris
N.C. State Bar No. 15981
jmorris@smithlaw.com
SMITH ANDERSON BLOUNT DORSETT
MITCHELL & JERNIGAN, LLP
2300 Wells Fargo Capitol Center
150 Fayetteville Street
Raleigh, North Carolina 27601
Telephone:  (919) 821-1220
Facsimile: (919) 821-6800

2