IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

## NOTICE

TO: Gregory Seibert

DATE: 07/29/2013

CASE NAME: Foley v. Republic Airline, Inc. et al

CASE NUMBER: 5:13-CV-534

---

Pursuant to the court's standing order of January 30, 2006, regarding electronic filing, all counsel practicing in the Eastern District of North Carolina must file documents electronically using the Case Management/Electronic Case Filing system (CM/ECF). The few exceptions to this order are listed in Section H of the *Electronic Case Filing Administrative Policies and Procedures Manual* found on the court's website.

**In light of the Notice of Removal in the above identified case, this notice is to advise you that you will need to be able to file as an electronic filer in the Eastern District of North Carolina. If you are not already a registered CM/ECF filer, you must complete the necessary training and register as an electronic filer within the next 30 days.**

**\*\*NOTE\*\* Our records indicate that you have not complied with the Standing Order entered by Judge Terrence W. Boyle, November 19, 2003 and filed with the Court November 26, 2003 directing each attorney qualified for admission and intending to remain on the active roll of attorneys for the United States District Court for the Eastern District of North Carolina to provide the court with a written statement of the attorney's correct name, legal address and business address, telephone number and electronic e-mail address, where available. See attached copy of Order.**

Attorneys who have received a log-in and password from another federal court are not required to take the training in the Eastern District, but must still complete and submit a CM/ECF registration form to receive a log in and password for this court. Information regarding CM/ECF training and registration is available on the court's website, www.nced.uscourts.gov. If you have questions about this notice, please contact Julie A. Richards, Clerk of Court, 919-645-1700. If you have questions about registering for CM/ECF training, please contact Scott Cannon at 919-645-1744.


/s/Julie A. Richards
Clerk of Court