IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:13-CV-00534-F

| | |
|---|---|
| CATHERINE FOLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **CONSENT MOTION FOR** |
| v. ) | **EXTENSION OF TIME FOR** |
| ) | **DEFENDANTS REPUBLIC** |
| REPUBLIC AIRLINE, INC., ) | **AIRLINE, INC. AND FRONTIER** |
| MIDWEST AIRLINES INC., ) | **AIRLINES, INC. TO RESPOND** |
| MIDWEST EXPRESS AIRLINES INC., ) | **TO COMPLAINT** |
| and FRONTIER AIRLINES, INC., ) | |
| ) | |
| Defendants. ) | |

Pursuant to Rule 6 of the Federal Rules of Civil Procedure and Local Civil Rule 6.1, defendants Republic Airline, Inc. ("Republic") and Frontier Airlines, Inc. ("Frontier") hereby move the Court, with the consent of plaintiff Catherine Foley ("Plaintiff"). for the entry of an order extending the time for Republic and Frontier to answer or otherwise respond to the complaint herein through and including August 19, 2013.

In support thereof, Republic and Frontier state as follows:

1. Republic and Frontier removed this diversity action to this Court from Wake County Superior Court on July 26, 2013 [DE 1].

2. Republic and Frontier require additional time in which to analyze and to investigate the matters alleged in the complaint and to formulate their response thereto. Accordingly, Republic and Frontier respectfully request an extension of time through and including August 19, 2013, in which to answer or otherwise respond to the complaint.

3. Counsel for Plaintiff has consented to the extension of time requested.

1

4.      Good cause exists for the extension of time requested.  This motion is submitted in good faith and not for the purpose of delay.

5.      A proposed order granting the extension of time requested herein is submitted herewith as Exhibit 1.

WHEREFORE, Republic and Frontier respectfully request that the time for them to answer or otherwise respond to the complaint be extended through and including August 19, 2013.

This the 5th day of August, 2013.

/s/ Robert J. Morris
Robert J. Morris
N.C. State Bar No. 15981
jmorris@smithlaw.com
SMITH ANDERSON BLOUNT DORSETT
MITCHELL & JERNIGAN, LLP
2300 Wells Fargo Capitol Center
150 Fayetteville Street
Raleigh, North Carolina 27601
Telephone:  (919) 821-1220
Facsimile: (919) 821-6800

Attorneys for Republic Airline Inc. and Frontier Airlines, Inc.

OF COUNSEL:

Brian T. Maye
bmaye@amm-law.com
ADLER MURPHY & MCQUILLEN LLP
20 S. Clark Street
Suite 2500
Chicago, Illinois 60603
Telephone: (312) 345-0700
Facsimile: (312) 345-9860

## CERTIFICATE OF SERVICE

      I hereby certify that on August 5, 2013, I electronically filed the foregoing Consent Motion for Extension of Time for Defendants Republic Airline, Inc. and Frontier Airlines, Inc. to Respond to Complaint with the Clerk of Court using the CM/ECF System, which will send notification to the attorneys of record for Catherine Foley as follows:

      Jeanne H. Washburn      jwshbrn@aol.com

      /s/ Robert J. Morris
      Robert J. Morris
      N.C. State Bar No. 15981
      jmorris@smithlaw.com
      SMITH ANDERSON BLOUNT DORSETT
      MITCHELL & JERNIGAN, LLP
      2300 Wells Fargo Capitol Center
      150 Fayetteville Street
      Raleigh, North Carolina 27601
      Telephone: (919) 821-1220
      Facsimile: (919) 821-6800