# EXHIBIT 1

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:13-CV-00534-F

| CATHERINE FOLEY, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| REPUBLIC AIRLINE, INC., | ) | |
| MIDWEST AIRLINES INC., | ) | |
| MIDWEST EXPRESS AIRLINES INC., | ) | |
| and FRONTIER AIRLINES, INC., | ) | |
| | ) | |
| Defendants. | ) | |

Upon consideration of the motion filed by defendants Republic Airline, Inc. ("Republic") and Frontier Airlines, Inc. ("Frontier") for an extension of time in which to respond to the complaint, and the entire record herein, and it appearing to the Court that plaintiff Catherine Foley consents to the extension of time requested, and for good cause shown, it is hereby

ORDERED that the time for Republic and Frontier to answer or otherwise respond to the complaint is extended through and including August 19, 2013.

This the _____ day of August, 2013.

_____

2

Case 5:13-cv-00534-F   Document 6-1   Filed 08/05/13   Page 2 of 2