IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:13-CV-00534

| | | |
|---|---|---|
| CATHERINE FOLEY,<br>Plaintiff, | )<br>)<br>) | |
| v. | )<br>) | AFFIDAVIT OF SERVICE |
| REPUBLIC AIRLINE, INC.;<br>MIDWEST AIRLINES, INC.;<br>MIDWEST EXPRESS AIRLINES, INC.;<br>and FRONTIER AIRLINES, INC.,<br>Defendants. | )<br>)<br>)<br>)<br>)<br>) | |

I, Jeanne H. Washburn, being duly sworn, deposes and says:

1. A copy of the Summons and Complaint in this action was deposited in the Post Office for mailing by certified mail, return receipt requested, addressed to Frontier Airlines, Inc., By and Through its Registered Agent.

2. The Summons and Complaint were in fact received on June 28, 2013 as evidenced by the attached registry receipt of delivery to the addressee.

3. The genuine receipt of delivery is attached hereto.

This the 16 day of August, 2013.

              LAW OFFICES OF JEANNE H. WASHBURN

            By: _____
               JEANNE H. WASHBURN
               N.C. Bar No.: 21092
               Attorneys for Plaintiff
               3737 Glenwood Avenue, Suite 100
               Raleigh, North Carolina 27612
               Telephone: (919) 821-7555
               Facsimile: (919) 573-1993
               Email: Jeanne.H.Washburn@gmail.com

Sworn to and subscribed
before me this 16th day
of August, 2013.

_____
Notary Public

Commission Expires:

12-29-14

```
MARTHA B CARD
NOTARY PUBLIC
Wake County
North Carolina
My Commission Expires 12-29-14
```

# CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a copy of the foregoing pleading was served on the following parties to this action by: ( ) hand delivery ( ) by federal express (X) by depositing a copy of the same in the United States Mail postage prepaid and addressed to:

    Robert J. Morris
    Smith Anderson
    2300 Wells Fargo Capitol Center
    150 Fayetteville St.
    Raleigh, NC 27601

    Brian T. Maye
    Adler Murphy & McQueen
    20 S. Clark St. Ste. 2500
    Chicago, Ill 60603

This the __16____ day of __August_____, 2013.

                **LAW OFFICES OF JEANNE H. WASHBURN**

            By:    /s/ Jeanne H. Washburn_____
                    JEANNE H. WASHBURN
                    N.C. Bar No.: 21092
                    Attorneys for Plaintiff
                    3737 Glenwood Avenue, Suite 100
                    Raleigh, North Carolina 27612
                    Telephone:   (919) 821-7555
                    Facsimile:    (919) 573-1893
                    Email: Jeanne.H.Washburn@gmail.com

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _(signature)_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): John Long    C. Date of Delivery: JUN 28 2013<br>D. Is delivery address different from item 1? ☐ Yes   If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br>Frontier Airlines, Inc<br>C/O Registered Agent<br>1500 Broadway, Ste. 2080<br>Denver, CO 90202 | 3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered   ☑ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |

2. Case 5:13-cv-00534-F Document 3 Filed 08/16/13 Page 4 of 5

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

UNITED STATES POSTAL SERVICE



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Law Office of Jeanne Washburn
3737 Glenwood Ave. Suite 100
Raleigh, NC 27612

Case 5:13-cv-00534-F   Document 8   Filed 08/16/13   Page 5 of 5