IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:13-CV-00534-F

| | | |
|---|---|---|
| Catherine Foley | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | NOTICE OF APPEARANCE |
|     v. | ) | OF GREGORY L. SEIBERT |
| | ) | |
| REPUBLIC AIRLINE, INC., | ) | |
| MIDWEST AIRLINES INC., | ) | |
| MIDWEST EXPRESS AIRLINES INC., | ) | |
| and FRONTIER AIRLINES, INC., | ) | |
| | ) | |
|     Defendants. | ) | |

    Pursuant to Local Civil Rule 5.2(a), Gregory L. Seibert, Attorney, gives notice of appearance as co-counsel for the Plaintiff, Catherine Foley, in the above titled action. Gregory L. Seibert is a member in good standing of the North Carolina State Bar, bar number 13,694, and is admitted to practice before this court. Accordingly, contact information is set out below.

    This is the 9th day of September, 2013.

                                                          s/Gregory L. Seibert
                                                          Gregory L. Seibert
                                                          Counsel for Plaintiff
                                                          N.C. State Bar No. 13,694
                                                          seibert@seibert.com
                                                          Law Office of Gregory L. Seibert
                                                          117 Glenwood Ave
                                                          Raleigh, NC 27603
                                                          Telephone: 919-546-0606
                                                          Facsimile: 919-546-0040