CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2013, the foregoing Notice of Appearance of Gregory L. Seibert was served upon all parties hereto by depositing a copy in the United States Mail, first class postage prepaid, addressed:

Robert J. Morris
SMITH ANDERSON BLOUNT DORSETT
MITCHELL & JERNIGAN, LLP
2300 Wells Fargo Capitol Center
150 Fayetteville Street
Raleigh, North Carolina 27601

This is the 9th day of September, 2013.

s/Gregory L. Seibert
Gregory L. Seibert
Counsel for Plaintiff
N.C. State Bar No. 13,694
seibert@seibert.com
Law Office of Gregory L. Seibert
117 Glenwood Ave
Raleigh, NC 27603
Telephone: 919-546-0606
Facsimile: 919-546-0040
