IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:13-CV-00534-F

| | |
|---|---|
| CATHERINE FOLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) **NOTICE OF SPECIAL APPEARANCE** |
| v. | ) **OF BRIAN T. MAYE** |
| | ) |
| REPUBLIC AIRLINE, INC., ET Al., | ) |
| | ) |
| Defendants. | ) |

Pursuant to Local Civil Rules 5.2(a) and 83.1(e), Brian T. Maye, an attorney employed by the Illinois law firm of Adler Murphy & McQuillen LLP, hereby gives notice of his appearance as counsel in this action for defendants Republic Airline, Inc. and Frontier Airlines, Inc. As a special appearance attorney, Mr. Maye agrees to abide by the rules set forth in Local Civil Rule 83.1(e)(1)(A-C). Mr. Maye is a member in good standing of the Illinois State Bar (IL State Bar No. 6288778). Mr. Maye's complete contact information is set forth immediately below.

This 17th day of September, 2013.

/s/ Brian T. Maye
Brian T. Maye
ADLER MURPHY & McQUILLEN LLP
20 S. Clark Street, Suite 2500
Chicago, Illinois 60603
Telephone: (312) 345-0700
Facsimile: (312) 345-9860
bmaye@amm-law.com
IL State Bar No. 6288778
Attorneys for Republic Airline, Inc. and
Frontier Airlines, Inc.

# CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2013, the foregoing Notice of Appearance of Brian T. Maye was filed electronically. Notice of this filing will be sent by e-mail to all parties of record by operation of the Court's electronic filing system. I also served a copy of the foregoing on the following parties by depositing a copy in the United States mail, first class postage prepaid, addressed to the following:

>Jeanne H. Washburn
>3737 Glenwood Avenue
>Suite 100
>Raleigh, NC 27612

>/s/ Brian T. Maye
>Brian T. Maye
>ADLER MURPHY & McQUILLEN LLP
>20 S. Clark Street, Suite 2500
>Chicago, Illinois 60603
>Telephone: (312) 345-0700
>Facsimile: (312) 345-9860
>bmaye@amm-law.com
>Illinois State Bar No. 6288778
>
>Attorneys for Republic Airline, Inc. and
>Frontier Airlines, Inc.