IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| CATHERINE FOLEY, | ) | No. 5:13-CV-00534-F |
| | ) | |
| Plaintiff, | ) | U.S. DIST. JUDGE JAMES C. FOX |
| v. | ) | |
| | ) | **JOINT NOTICE OF AGREED-UPON** |
| REPUBLIC AIRLINE, INC., | ) | **MEDIATOR** |
| MIDWEST AIRLINES, INC. | ) | |
| MIDWEST EXPRESS AIRLINES INC., | ) | |
| and FRONTIER AIRLINES, INC., | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to this Court's Order (Doc. #11) and Local Rule 101.1c(a), Plaintiff, CATHERINE FOLEY, and Defendants, REPUBLIC AIRLINE, INC. and FRONTIER AIRLINES, INC., hereby give notice that they have jointly selected Jacqueline R. Clare to mediate this case. Ms. Clare has indicated to the parties that she is available to mediate this case and does not have any conflicts in mediating this case. Ms. Clare is on the Court's list of certified mediators.

The parties will serve a copy of this Joint Notice upon Ms. Clare as required by Local Rule 101.(c)(a).

Respectfully submitted this 31st day of October, 2013.

| | |
|---|---|
| /s/ Jeanne H. Washburn | /s/ Brian T. Maye |
| JEANNE H. WASHBURN | BRIAN T. MAYE (Admitted Pro Hac Vice) |
| Law Offices of Jeanne H. Washburn | Adler Murphy & McQuillen LLP |
| 3737 Glenwood Ave. | 20 South Clark Street |
| Suite 100 | Suite 2500 |
| Raleigh, NC 27612 | Chicago, IL 60603 |
| Phone: (919) 821-7555 | Phone: (312) 345-0700 |
| Fax: (919) 573-1993 | Fax: (312) 345-9860 |
| jwshbrn@aol.com | bmaye@amm-law.com |

GREG SEIBERT
Law Offices of Gregory L. Seibert
117 Glenwood Avenue
Raleigh, NC 27603
Phone: (919) 546-0606
Fax: (919) 546-0040
seibert@seibert.com

COUNSEL FOR PLAINTIFF

ROBERT J. MORRIS
NC State Bar No. 15981
Smith, Anderson, Blount, Dorsett,
Mitchell & Jernigan LLP
2300 Wells Fargo Capitol Center
150 Fayetteville Street
Raleigh, NC 27601
Phone: (919) 821-6786
Fax:    (919) 821-6800
jmorris@smithlaw.com

COUNSEL FOR REPUBLIC AIRLINE,
INC. and FRONTIER AIRLINES, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2013, the foregoing JOINT NOTICE OF AGREED-UPON MEDIATOR was filed electronically. Notice of this filing will be sent by e-mail to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system. Notice of this document will also be served by forwarding a copy of same to the party identified below via U.S. mail by depositing the same in the U.S. Mail, proper postage prepaid, before the hour of 5:00 p.m.

> Jacqueline R. Clare
> Attorney and Certified Mediator
> 1011 Vance Street
> Raleigh, NC 27608
> Tel: (919) 755-9979
> Email: jclare@mindspring.com

> /s/ Brian T. Maye