UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:13-CV-534-F

| | |
|---|---|
| CATHERINE FOLEY, )<br>     Plaintiff, )<br>)<br>v. )<br>)<br>REPUBLIC AIRLINE, INC., et al., )<br>     Defendants. )<br>_____ ) | ORDER |

By order of May 8, 2014, the court acknowledged the parties' notice that this case had been settled, and directed the parties to file their Stipulation of Dismissal with Prejudice on or before May 22, 2014. To date, no such stipulation has been filed.

The plaintiff hereby is DIRECTED to show cause, in writing, within fifteen (15) days of the date hereof, why this action should not be dismissed with prejudice.

SO ORDERED.

This the 29 day of May, 2014.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge