IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| CATHERINE FOLEY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>REPUBLIC AIRLINE, INC. )<br>and FRONTIER AIRLINES, INC., )<br>)<br>Defendants. ) | No. 5:13-CV-00534-F<br><br>**STIPULATED DISMISSAL** |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Catherine Foley and Defendants Republic Airline, Inc. and Frontier Airlines, Inc., through their undersigned counsel, hereby stipulate and agree that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this case is hereby dismissed in its entirety, with prejudice, and with the parties to bear their respective costs and attorney's fees.

Respectfully submitted on June 3, 2014.

s/ Jeanne H. Washburn  
Jeanne H. Washburn (N.C. Bar No. 21092)  
Law Offices of Jean H. Washburn  
3737 Glenwood Avenue, Suite 100  
Raleigh, North Carolina  27612  
Telephone:     (919) 821-7555  
Facsimile:      (919) 573-1993  
Jeanne.H.Washburn@gmail.com  

Gregory L. Seibert (N.C. Bar No. 13694)  
Law Office Of Gregory L. Seibert  
117 Glenwood Ave  
Raleigh, NC 27603  
Telephone: (919) 546-0606  
Facsimile: (919) 546-0040  
seibert@seibert.com  

Attorneys for Plaintiff

s/Brian T. Maye  
Brian T. Maye (*Pro Hac Vice*)  
Adler Murphy & McQuillen LLP  
20 S. Clark Street, Suite 2500  
Chicago, Illinois 60603  
Telephone: (312) 345-0700  
Facsimile: (312) 345-9860  
bmaye@amm-law.com  

Robert J. Morris (N.C. Bar No. 15981)  
Smith Anderson  
150 Fayetteville Street  
Raleigh, North Carolina 27601  
Telephone:  (919) 821-1220  
Facsimile: (919) 821-6800  
jmorris@smithlaw.com  

Attorneys for Defendants

1

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2014, the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

s/ Jean H. Washburn