IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No.  5:13-CV-00534

CATHERINE FOLEY,                         )
Plaintiff,                               )
                                         )
                              v.    )          WITHDRAWAL of
                                               MOTION TO REOPEN
                                               CASE and MOTION to
                                               ENFORCE SETTLEMENT
                                               AGREEMENT

                                         )
REPUBLIC AIRLINE, INC.;                  )
MIDWEST AIRLINES, INC.;                  )
MIDWEST EXPRESS AIRLINES, INC.;          )
 and FRONTIER AIRLINES, INC.,            )
Defendants.                              )

NOW COMES the Plaintiff, pursuant to Rule 7 of the Federal Rules of Civil Procedure

and  withdraws her Motion to Reopen this case and also withdraws her Motion to Enforce

Settlement.  All matters in controversy have been resolved and all parties desire that this matter

be dismissed.


This the _____11 day of _____June_____, 2014.


                              **LAW OFFICES OF JEANNE H. WASHBURN**



                              By:      ___/s/ Jeanne Washburn_____
                                       JEANNE H. WASHBURN
                                       N.C. Bar No.: 21092
                                       Attorneys for Plaintiff
                                       3737 Glenwood Avenue, Suite 100
                                       Raleigh, North Carolina  27612
                                       Telephone:    (919) 821-7555
                                       Facsimile:    (919) 573-1993
                                       Email: Jeanne.H.Washburn@gmail.com

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that a copy of the foregoing pleading was served on the following parties to this action by: ( ) hand delivery ( ) by federal express (X) by depositing a copy of the same in the United States Mail postage prepaid and addressed to:

Robert J. Morris
Smith Anderson
2300 Wells Fargo Capitol Center
150 Fayetteville St.
Raleigh, NC 27601

Brian T. Maye
Adler Murphy & McQueen
20 S. Clark St. Ste. 2500
Chicago, Ill 60603

This the ___11__ day of _June_____, 2014.

**LAW OFFICES OF JEANNE H. WASHBURN**

By:    /s/ Jeanne H. Washburn_____
JEANNE H. WASHBURN
N.C. Bar No.: 21092
Attorneys for Plaintiff
3737 Glenwood Avenue, Suite 100
Raleigh, North Carolina 27612
Telephone:    (919) 821-7555
Facsimile:    (919) 573-1893
Email: Jeanne.H.Washburn@gmail.com